**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7546**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRYL LERON GILL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Dennis W. Shedd, District Judge. (CR-96-584, CA-99-2610-0-19)

———————

Submitted:  February 29, 2000          Decided:  March 20, 2000

———————

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Darryl Leron Gill, Appellant Pro Se.  Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Leron Gill appeals the district court's order granting the Government's motion for summary judgment and dismissing Gill's motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and find the dismissal proper because Gill failed to demonstrate that his constitutional rights were violated or that his counsel rendered ineffective assistance at trial. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED